IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CROWN PRINCE EMPEROR EL BEY BIGBAY-BAGBY ex-rel WILLIAM MCCRAE | : : : : | CIVIL ACTION |
| v. | : : | |
| BUCKS COUNTY COURT OF COMMON PLEAS | : : | NO. 14-4033 |

## ORDER

AND NOW, this 9th day of July, 2014, it is ORDERED that:

1. This case is REMANDED to the Bucks County Court of Common Pleas.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.